JS - 6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | | |
|---|---|---|
| JOHN M. STINE, | ) | No. CV 09-06434-JFW (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| A. HEDGEPATH, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Dismissing Habeas Petition as Time-Barred,

**IT IS ADJUDGED** that the Petition is dismissed with prejudice.

DATED:   11/19/09

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE